# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION



SANDRA BROWN                                                           CROSS-CLAIMANT

VS.                                                                              CIVIL ACTION NO. 5:07cv126

MICHAEL SIMMONS AND UNIVERSAL
PROJECT MANAGEMENT                                                   DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come on for hearing on the *ore tenus* motion of the parties, and the Court being advised that the parties have agreed upon a full and final release and settlement as to all claims by Sandra Brown against Defendants, Michael Simmons and Universal Project Management, hereby grants the parties' *ore tenus* motion to dismiss with prejudice all claims made or that could have been made by Plaintiff.

IT IS, HEREBY, ORDERED AND ADJUDGED that all claims made or that could have been made against Michael Simmons and Universal Project Management, in the above referenced civil action are hereby dismissed with prejudice.

SO ORDERED this the _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

_____
Philip E. Carby (MSB#5862)
Attorney for Plaintiff

_____
Robert P. Thompson (MSB#8188)
Attorney for Defendants